<span style="color:red">FILE COPY</span>



# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2023

No. 04-22-00879-CV

**IN THE INTEREST OF A.G.B., G.A.B., AND J.M.B**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01692
Honorable Aaron Haas, Judge Presiding

# O R D E R

On January 24, 2023, appellant A.B. filed a Motion to Extend Time to File Notice of Appeal. The motion to extend time was timely-filed; therefore, the notice of appeal filed by appellant A.B. on January 24, 2023, was also timely. The motion is GRANTED. Counsel are reminded that the briefing deadline for appellants is February 6, 2023.

It is so **ORDERED** on January 27, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT